## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:<br><br>　　HURRICANE SANDY WYO<br>　　CARRIER FLOOD LITIGATION | Master Docket<br><br>1:15-mc-800 (JBS)<br><br>**ORDER FOR DISMISSAL**<br>**pursuant to L. Civ. R. 41.1(b)** |

The cases listed in **Table A** of the United States Attorney's summary report dated **January 15, 2016 [Docket Entry 75-1, pp. 1-6]**, have been reported to the Court as tentatively settled. Accordingly, for good cause shown pursuant to L. Civ. R. 41.1(b),

IT IS, this __21st__ day of __January__, **2016,** hereby

**ORDERED** that the Clerk of Court shall terminate the cases listed in Table A of that report at the items numbered **251-261 [p. 6]** without prejudice to any party's right to reopen[*] the case within One Hundred Twenty (120) days of entry of this order; and it is further

**ORDERED** that the Court will retain jurisdiction over the settlement agreement if further proceedings are necessary.

　　　　　　　　　　　　　　　　　　 __s/ Jerome B. Simandle__
　　　　　　　　　　　　　　　　　　 JEROME B. SIMANDLE
　　　　　　　　　　　　　　　　　　 Chief U.S. District Judge

---

[*] Any such application to reopen a case or to enforce settlement shall be made to the Judge to whom the case has been assigned.